1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEON S. BLATT,

      Plaintiff,

  v.

WILLIAM GREEN, et al.,

      Defendants.

Case No. C06-155RSL

ORDER OF DISMISSAL

On July 3, 2006, this Court issued an Order on Plaintiff's Motion for Stay in the above-captioned matter.  That Order was mailed to plaintiff but was returned unopened on September 8, 2006, as plaintiff apparently no longer resides at the address on file with the Court.  On September 13, 2006, this Court issued an Order to Show Cause and mailed it to the plaintiff.  On September 29, 2006, the Order was returned unopened.

Local Rule 10(f) requires parties to notify the court of any change of address or telephone number within ten days of the change.  Local Rule 41(b)(2) further provides that "[i]f mail directed to a pro se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute."

ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute this case by failing to notify the Court of his new address, it is hereby ORDERED that this action is

ORDER OF DISMISSAL - 1

1   DISMISSED without prejudice.

2          DATED this 20th day of November, 2006.

3

4                                    Mr S Lasnik

5                                    Robert S. Lasnik
                                     United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL - 2